**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00958-CR
### No. 05-12-00959-CR

**GREGORIO DIAZ LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-40834-K, F09-40835-K**

## ORDER

Appellant's May 2, 2013 motion to extend the time to file appellant's brief is **GRANTED** to the extent the time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE